UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS DURBAN,

                           Plaintiff,

            -v-

JORDAN DECICCIO., et al.,

                           Defendants.

20 Civ. 5875(PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed plaintiff's complaint. Dkt. 1. To ensure that there is a basis for diversity jurisdiction, plaintiff's counsel is directed to file a letter that lists the citizenship of each of the members of defendant Sunniva Management LLC, and the principal place of business of defendant Sunniva Caffe Inc., by August 6, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 30, 2020
       New York, New York